RISTENPART LAW
Theresa Ristenpart, Esq.
1 E. Liberty Street. 6th Floor
Reno, NV 89501
(775) 200-1699
Attorney for Ms. Lisa Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO: 3:15-CR-41-RCJ-WGC |
| v. | **SECOND MOTION TO CONTINUE SELF-SURRENDER DATE** |
| LISA JONES, | |
| Defendant. | |

**COMES NOW,** Defendant Lisa Jones, by and through her counsel THERESA RISTENPART, ESQ., and respectfully requests that this Court continue out her voluntary surrender date from June 5, 2017 to August 5, 2017.

The continuance is necessary for the following reason:

1. Defense has been notified that the U.S. Government is filing a Rule 35 Motion.

2. Defense has been notified that this Court is unavailable for a short set motion hearing the week of May 29, 2017 to June 2, 2017.

//

1

3. Defendant Lisa Jones' current voluntary surrender date is June 5, 2017 and more time is required for the motion process.

**WHEREFORE**, it is respectfully requested that this Court continue out her voluntary surrender date from June 5, 2017 to August 5, 2017.

DATED this 23rd day of May, 2017.

        /s/ Theresa Ristenpart, Esq.
        THERESA RISTENPART, ESQ.
        Counsel for Ms. Lisa Jones

IT IS HEREBY ORDERED that the Second Motion to Continue Self Surrender Dated (ECF #82) is GRANTED.

IT IS FURTHER ORDERED that a Procedure 35(b) hearing is set for 10:30A.M., Monday, June 12, 2017, in Reno Courtroom 6, before Judge Robert C. Jones.

IT IS SO ORDERED this 24th day of May, 2017.

_____
ROBERT C. JONES

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 23, 2017, she electronically filed with the District of Nevada this Motion to Continue Sentencing Hearing, and that Plaintiffs' counsel, James Keller, at James_Keller3@usdoj.gov, is listed in the District of Nevada's electronic case management system as recipients of all electronic filings in these cases the electronic mailing addresses provided here. Defense counsel will also be served at their electronic mailing addresses filed with the Court.

                                                               /s/ *Lisa Dee*
                                                               Lisa Dee, CP